Order entered October 2, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01015-CR

### MICHAEL D. WILLIAMS, Appellant

V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F94-03570-TK**

## ORDER

The Court **DENIES** appellant's September 17, 2012 motion for late reporter's record. The trial court's order denying appellant's request for post-conviction DNA testing does not indicate a hearing was held on appellant's motion for post-conviction DNA testing.

We **DIRECT** the Clerk of this Court to send a copy of this order, by first-class mail, to Michael D. Williams, TDCJ No. 727667, Michaels Unit, 2664 F.M. 2054, Tennessee Colony, Texas, 75886.

_____
CAROLYN WRIGHT
CHIEF JUSTICE